UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10025-RWZ

ABINASH PATHAK

v.

BRUCE CHADBOURNE

ORDER

January 8, 2003

ZOBEL, D. J.

     On January 7, 2004, petitioner filed a petition for habeas corpus, which asserts that his constitutional rights were violated. However, the basis for that assertion is unclear. Moreover, his petition does not indicate whether he has exhausted his administrative remedies. Accordingly, if petitioner desires to pursue his petition, he shall file (and serve on the defendant) by January 16, 2004, a statement that sets forth the following:

    1.    precisely which constitutional rights were violated and how; and

    2.    the steps he has taken to exhaust his administrative remedies.


_____
    DATE

/s/ Rya W. Zobel
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE