UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 JAN 20 P 12: 36

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| ABINASH PATHAK | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Civil Action No.:04-10025-RWZ |
| | ) | |
| BRUCE CHADBOURNE | ) | |
| DISTRICT DIRECTOR | ) | |
| IMMIGRATION AND | ) | |
| CUSTOM ENFORCEMENT | ) | |
| Respondent | ) | |
| | ) | |

## MOTION TO ENLARGE TIME TO FILE MEMORANDUM OF LAW

Now comes the Petitioner, through Counsel and Moves this Court to enlarge the time to file his Memorandum of Law in support of his Petition for Habeas Corpus, up to and including January 23, 2003.

In support of this request, Counsel states that he has been ill requiring medical attention and unable to timely complete the Memorandum as required by the January 8, 2003 Court Order. Counsel states that the Bureau of Immigration and Customs Enforcement will not be prejudiced by the short enlargement of time to complete Pertitioner's Memorandum of Law.

Respectfully Submitted,

STEPHEN A. LAGANA, ESQ.   1/20/04
145 Essex Street
Lawrence, MA. 01841
978-794-2331

**LAGANA & ASSOCIATES**
145 ESSEX STREET
LAWRENCE, MASSACHUSETTS 01840
978-794-2331
Fax: 978-794-2441

FILED
IN CLERKS OFFICE

2004 JAN 20  P 12: 36

U.S. DISTRICT COURT
DISTRICT OF MASS

January 20, 2004

Docket Clerk
United States District Court
1 Courthouse Way
Boston, MA. 02118

## RE: ABINASH PATHAK v. BRUCE CHADBORNE/CIV No.:04-10025-RWZ

Dear Sir/Madam:

Enclosed for filing please find Petitioner's Motion to Enlarge time to file Memorandum of Law.

Respectfully,

Stephen A. Lagana
Attorney at Law

SAL/om
Enclosure

## CERTIFICATE OF SERVICE

I, Stephen A. Lagana, Esq., hereby certify that on this date I have mailed byu first class mail a copy of the enclosed Motion to Enlarge time to Frank Crowley, Esq., Department of Homeland Security, JFK Federal Building, Rm. 425, Boston, MA. 02203.