UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ABINASH PATHAK, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO: |
| BRUCE CHADBOURNE, DISTRICT | ) | Docket # 04-10025-RWZ |
| DIRECTOR, IMMIGRATION AND | ) | |
| CUSTOMS ENFORCEMENT, | ) | |
|     Respondents. | ) | |

**STIPULATION OF DISMISSAL**

Now come the parties pursuant to Fed. R. Civ. P. 41 (a)(1) to request that the above action be dismissed. As grounds therefore, the parties state that the Petitioner, Abinash Pathak, has been released from custody.

| | |
|---|---|
| The Petitioner, | The Respondent, |
| by his attorney | by his attorney |
| Steven Lagana, Esq. | MICHAEL J. SULLIVAN |
| | United States Attorney |
| /s/ Steven Lagana by MJG | /s/ Mark J. Grady |
| Steven Lagana, Esq. | MARK J. GRADY |
| LAGANA & ASSOCIATES | Assistant U.S. Attorney |
| 145 Essex Street | U.S. Attorney's Office |
| Lawrence, MA 01841 | John Joseph Moakley U.S. Courthouse |
| (978) 794-2331 | 1 Courthouse Way, Suite 9200 |
| | Boston, MA  02210 |
| | Tel. No. (617) 748-3136 |